*If this opinion indicates that it is "FOR PUBLICATION," it is subject to
revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

BEVERLY WALTON,

        Plaintiff-Appellee,

v

MICHIGAN DEPARTMENT OF
CORRECTIONS,

        Defendant-Appellant.

UNPUBLISHED
December 03, 2024
9:44 AM

No. 367975
Wayne Circuit Court
LC No. 22-007769-CD

Before: FEENEY, P.J., and O'BRIEN and WALLACE, JJ.

O'BRIEN, J. (*concurring*).

Being bound by *Landin v Dep't of Health & Human Servs*, ___ Mich App ___; ___ NW3d ___ (2024) (Docket No. 367356), see MCR 7.215(J)(1), I concur in the result only.

/s/ Colleen A. O'Brien

-1-